ACCEPTED
04-13-00892-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/26/2015 9:53:13 AM
KEITH HOTTLE
CLERK

## NO. 04-13-00892-CV

**IN THE COURT OF APPEALS
FOR THE FOURTH DISTRICT
SAN ANTONIO, TEXAS**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/26/2015 9:53:13 AM
KEITH E. HOTTLE
Clerk

**DORA GULLEY,**

Appellant

**V.**

**STATE FARM LLOYDS**

Appellee

On Appeal from
Cause No. 2008-CI-03371
288th District Court, Bexar County, Texas

## APPELLANT'S UNOPPOSED SECOND MOTION TO EXTEND TIME TO FILE MOTION FOR REHEARING

Appellant, Dora Gulley, respectfully requests the Court to grant a seven (20) day extension to file her Motion for Rehearing, and would show the Court as follows:

1.    The deadline for filing Appellant's Motion for Rehearing is January 27, 2015.

2.    The requested extension is 7 days, to February 3, 2015.

3. This extension is needed in part because Appellant's counsel's paralegal was out sick several days, and now has a family medical emergency which requires her to be out of the office. The Judgment and Opinion were issued on December 23, 2014. The Opinion is 22 pages long and requires extensive analysis.

4. There has been one previous extension granted regarding this Motion for Rehearing.

### Certificate of Conference

Appellant's counsel has conferred with Appellee's counsel, who does not oppose the relief sought in this Motion.

### Prayer for Relief

For the reasons set forth above, Appellant respectfully requests that this Court grant a seven (7) day extension, or until February 3, 2015 to file her Motion for Rehearing.

Respectfully submitted,

RILEY AND RILEY
ATTORNEYS AT LAW

DARBY RILEY
SBN: 16924400
320 Lexington Avenue
San Antonio, Texas 78215
(210) 225-7236
(210) 227-7907 Facsimile
darbyriley@rileylawfirm.com
ATTORNEYS FOR APPELLANT

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Appellant's Second Motion to Extend Time to File Motion for Rehearing has been sent on this 26th day of January, 2015 to the following counsel of record:

**Elliot Clark**
eclark@winstead.com
**Linda J. Burgess**
lburgess@winstead.com
WINSTEAD SECHREST & MINICK PC
401 Congress Ave., Suite 2100
Austin, Texas 78701
Telephone: (512) 370-2881
Fax: (512) 370-2850

**Ray R. Ortiz**
ray@jao-law.com
JONES, ANDREWS & ORTIZ, P.C.
10100 Réunion Pl., Suite 600
San Antonio TX 78216
Telephone: (210) 344-3900
Fax: (210) 366-4301

_____
DARBY RILEY

3